James D. Hornbuckle SBN 230407
3600 Lime Street, Bldg. 2
Riverside, CA 92501
Telephone: 888-990-1211
Fax: 888-990-1213

Attorney for Debtor,
Carlos Noe Serna

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re | ) Case No.  6:25-bk-10192-RB |
| | ) |
| CARLOS NOE SERNA | ) Hon. Magdalena Reyes Bordeaux |
| | ) |
| Debtor, | ) Chapter 13 |
| | ) |
| | ) MOTION TO VACATE ORDER |
| | ) DISMISSING BANKRUPTCY |
| | ) CASE; DECLARATION OF |
| | ) DEBTOR |
| | ) |
| | ) No Hearing or Additional Notice |
| | ) Required [LBR 9013-1(q)(4)] |

TO THE HONORABLE MAGDALENA REYES BORDEAUX, UNITED STATES BANKRUPTCY JUDGE, CHAPTER 13 TRUSTEE ROD DANIELSON, PARTIES IN INTEREST AND COUNSEL OF RECORD: Debtor Carlos Noe Serna (the "Debtor") by and through his newly retained attorney of record James D. Hornbuckle hereby moves this Court for an order vacating the dismissal of this Chapter 13 case on January 30, 2025 by the Court Clerk as follows:

**Pursuant to LBR 9013-1(q)(4), this Motion to Vacate may be decided without a hearing and without additional notice because the dismissal was entered by the Clerk's Office.**

## I.    <u>BACKGROUND</u>

1.    The Debtor filed this case in pro per as a Chapter 13 case on January 15, 2025.

2.    This case was filed as an emergency filing and the balance of schedules and documents required to complete the filing were required to be filed on or before January 29, 2025.

3.    After this case was filed, the Debtor became overwhelmed by the complexity of representing himself and the task of completing and filing the balance of schedules and documents required to complete the filing of this case.

4.    The Debtor did not understand the complexity of the Chapter 13 case process and made a mistake by not retaining counsel to initially file this case.

5.    The Debtor look for and tried to obtain counsel to assist him prior to the January 29, 2025 and as such, this case was dismissed by the Court clerk for failure to file the balance of schedules and documents required to complete the filing of this case.

6.    The Debtor has now retained counsel and seeks to vacate the Order from the Court dismissing this case so that he can continue with this Chapter 13 case.

7.    Debtor's newly retained counsel has met with the Debtor and the Debtor has confirmed that he has approximately $34,000 in past due mortgage payments and has also confirmed that with his current monthly income he can propose a confirmable Chapter 13 Plan.

8.    For the foregoing reasons, the Debtor through his newly retained counsel respectfully requests the Court vacate the dismissal of this case so as to allow the Debtor to continue with this Chapter 13 case.

9.    And if the Court vacates the dismissal of this case, then the Debtor also respectfully requests the Court allow Debtor's new counsel 14-days from the date of the order vacating dismissal to file balance of schedules and documents required to complete the filing of this case.

## II.    MEMORANDUM OF POINTS AND AUTHORITIES

Bankruptcy Rule 9024 provides for relief from Orders or Judgments, incorporating Federal Rule of Civil Procedure Section 60(b). Rule 60(b) permits relief from a Judgment or Order for mistake, inadvertence, surprise, or excusable neglect and any other reason that justifies relief. In a case where the Court's prior order dismissing the debtor's case was determined to be void, the automatic stay was reimposed upon the entry of the order vacating the prior dismissal. *See, In re Krueger*, 88, 238, 241 B.R. 238 (9th Cir. BAP 1988) From the facts stated above and the Declaration of the Debtor in this case, the dismissal of the case was due to mistake, inadvertence and/or excusable neglect of the Debtor in thinking he could represent himself in this Chapter 13 case. The Debtor has now retained new counsel to represent him in this case.  For these reasons, the Debtor respectfully request the Court vacate the dismissal of this case so as to allow the Debtor to continue with this Chapter 13 case.

## III.    CONCLUSION

Debtor therefore respectfully requests that this Court vacate its order dismissing the Debtors' Chapter 13 bankruptcy case.  And if the Court vacates the dismissal of this case, then the Debtor also respectfully requests the Court allow Debtor's new counsel 14-days from the date of the order vacating dismissal to file balance of schedules and documents required to complete the filing of this case.


DATED: Feb. 19, 2025          By:     /s/ James D. Hornbuckle

James D. Hornbuckle
Attorney for Debtor Carlos Noe Serna

# DECLARATION OF DEBTOR CARLOS NOE SERNA

I, Carlos Noe Serna, hereby declare as follows:

1.      I filed this case in pro per as a Chapter 13 case on January 15, 2025.

2.      This case was filed as an emergency filing and the balance of schedules and documents required to complete the filing were required to be filed by January 29, 2025.

3.      After this case was filed, I became overwhelmed by the complexity of representing myself and the task of completing and filing the balance of schedules and documents required to complete the filing of this case.

4.      I did not understand the complexity of the Chapter 13 case process and made a mistake by not retaining counsel to initially file this case.

5.      I looked for and tried to obtain counsel to assist me prior to the January 29, 2025 and as such, this case was dismissed by the Court clerk for my failure to file the balance of schedules and documents required to complete the filing of this case.

6.      I have now retained counsel and I now seek to vacate the Order from the Court dismissing this case so that he can continue with this Chapter 13 case.

7.      I have approximately $34,000 in past due mortgage payments and with my current monthly income he can propose a confirmable 60-month Chapter 13 Plan.

8.      For the foregoing reasons, I respectfully request the Court vacate the dismissal of this case so as to allow the me to continue with this Chapter 13 case.

9.      And if the Court vacates the dismissal of this case, then I also respectfully requests the Court allow 14-days from the date of the order vacating dismissal to file balance of schedules and documents required to complete the filing of this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 19, 2025 at Riverside, California.

Carlos Noe Serna

**MOTION TO VACATE ORDER DISMISSING BANKRUPTCY CASE – Page 4 of 5**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **3600 Lime Street, Bldg. 2, Riverside, CA 92501**

A true and correct copy of the foregoing document described as ___**MOTION TO VACATE ORDER DISMISSING BANKRUPTCY CASE; DECLARATION OF DEBTOR**___ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 19, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Amitkumar Sharma on behalf of Creditor Ally Bank c/o AIS Portfolio Services  LLC amit.sharma@aisinfo.com**

**Michael G Spector  on behalf of Creditor CLE Capital Partners mgspector@aol.com  mgslawoffice@aol.com**

**Rod Danielson (TR) notice-efile@rodan13.com**

**United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov**

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served). On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| **February 19, 2025** | **James D. Hornbuckle 230407** | **/s/ James D. Hornbuckle** |
| *Date* | *Type Name* | *Signature* |

**MOTION TO VACATE ORDER DISMISSING BANKRUPTCY CASE – Page 5 of 5**